NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DUSTIN K. GROOMS,
DOC #C02329,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D18-3245

Opinion filed August 21, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pasco County; Kim Campbell, Judge.

Dustin K. Grooms, pro se.

PER CURIAM.

        Affirmed.

CASANUEVA, LUCAS, and ATKINSON, JJ., Concur.